UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: )
)
TOOSON, SONIA M. ) CASE NO. 13-06185-AJM-7
)
)
Debtor )

### AMENDED TRUSTEE'S MOTION FOR TURNOVER AND NOTICE OF RESPONSE DEADLINE

ELLEN K. FUJAWA, Trustee in Bankruptcy for the above-captioned estate ("Trustee") respectfully requests that this Court enter an order directing SONIA M. TOOSON ("Debtor") to turn over documentation, and states:

1. 11 U.S.C., Section 521(4), requires a debtor to surrender property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate.

2. The trustee requests that the Court order the turnover of the following documentation:

- Copy of 2013 federal and state tax returns
- Sum equal to the pro-rated 2013 federal and state tax refunds
- Copy of paystub indicating any employment bonus attributable to pre-petition time-frame
- Sum equal to the pro-rated employment bonus
- Non-exempt cash
- Non-exempt financial accounts
- Non-exempt household goods
- Non-exempt wearing apparel
- Non-exempt furs and jewelry
- Non-exempt 2002 Buick LeSabre

**NOTICE IS GIVEN** that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service [or such other time period as may be permitted by pursuant to Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail, or in person at:

U. S. Bankruptcy Court
116 U. S. Courthouse
46 East Ohio Street
Indianapolis, IN  46204

The objecting party must ensure delivery of the objection to the trustee. **If an objection is NOT timely filed, the requested relief may be granted.**

**WHEREFORE**, the Trustee prays that this Court **ORDER** turnover of the foregoing documentation, and **GRANT** such other relief as is just and proper.

Respectfully Submitted,

/s/ ELLEN K. FUJAWA
ELLEN K. FUJAWA, Trustee
P.O. Box 668
Zionsville, IN 46077
(317) 203-3233
ellenfujawa@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2014, a copy of the foregoing was filed electronically.

U. S. Trustee
Ustpregion10.ecf@usdoj.gov

I further certify that on January 15, 2014, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Sonia M. Tooson
4126 Baker Drive
Indianapolis, IN  46235

Atlas Acquisitions LLC
294 Union St.
Hackensack. NJ  07601

Cavalry Portfolio Services
500 Summit Lake Drive, Ste 400
Valhalla, NY  10595

Quantum3 Group LLC agent for
Comenity Bank
P O Box 788
Kirkland, WA  98083-0788

Rjm Acquisitions LLC
575 Underhill Blvd., Ste 224
Syosset, NY  11791

American InfoSource LP agent for
DIRECTV, LLC
Mail Station N387
2230 E. Imperial Hwy
El Segundo, CA  90245

LVNV Funding LLC assigns
Resurgent Capital Services
P O Box 10587
Greenville, SC  29603-0587

/s/ ELLEN K. FUJAWA
ELLEN K. FUJAWA, Trustee